IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>HECTOR BLANCO JUSTINIANO<br><br>Defendant | Criminal No. 99-144 (PG) |

**MOTION REQUESTING EARLY TERMINATION OF PROBATION**

TO THE HONORABLE COURT:

Defendant Héctor Blanco-Justiniano, by his attorney, respectfully states, requests and prays:

1. Defendant was sentenced on September 1, 2000 to serve a term of imprisonment of forty six months and a supervised release of five years.

2. Defendant requests that this Honorable Court allows early termination of probation since he meets the following criteria:

    a.    Has served over two thirds of the term of supervised release.

    b.    Has paid the monetary assessment.

    c.    Has made good adjustments in the community

    d.    Has complied with all the terms and conditions of his supervised release.

*Criminal No. 99-144 (PG)*
*Motion Requesting Early Termination of Probation*
*Page 2*

---

3. United States Probation Officer Sandra Vélez García has previously been informed of the filing of this motion.

4. Defendant meets all the requirements in the instant case and respectfully moves this Honorable Court to grant an early termination of his supervised release.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, on this October 30, 2006.

**CERTIFICATE OF SERVICE**: I hereby certify that on October 30, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **AUSA Ms. Rebecca Kellogg-De-Jesús**, (rebecca.kellogg@usdoj.gov). Also, I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: **Probation Officer, Ms. Sandra Vélez García**, U.S. Probation Office, Federico Degetau Federal Building, Office 143, San Juan, Puerto Rico 00918.

*S/Juan R. Acevedo-Cruz*
**JUAN R. ACEVEDO-CRUZ** (120701)
*ATTORNEY FOR DEFENDANT*
*HECTOR BLANCO JUSTINIANO*
SUITE 501-A
BANCO COOPERATIVO PLAZA
623 AVE. PONCE DE LEON
SAN JUAN PR 00917
TEL. (787) 751-2341
FAX. (787) 751-2795
Email: jracevedo@coqui.net